MAY 25, 1943

No. 5876.—

*New York Merchandise Co., Inc.,* v. *United States.* Entered at New York, N. Y. Reap. Dec. 5858. Motion by appellee.